PEERLESS INSURANCE COMPANY v. NATHAN FREEMAN v. GREAT
AMERICAN INSURANCE CO.

No. 109A86

(Filed 3 June 1986)

APPEAL by Great American Insurance Company, third-party defendant, pursuant to N.C.G.S. § 7A-30(2) of the decision of a divided panel of the Court of Appeals (opinion by *Judge Johnson* with *Judge Phillips* concurring and *Judge Webb* dissenting) reported at 78 N.C. App. 774, 338 S.E. 2d 570 (1986), affirming judgment entered by *Ward, J.,* on 29 January 1985 in BEAUFORT County District Court.

*McLendon & Partrick by Neal Partrick for defendant, third-party plaintiff appellee.*

*Rodman, Holscher & Francisco by Edward N. Rodman for plaintiff appellee.*

*Williamson, Herrin, Barnhill & Savage by Mickey A. Herrin for third-party defendant appellant.*

PER CURIAM.

Notwithstanding its reliance in part on *Smith v. Nationwide Mut. Ins. Co.,* 72 N.C. App. 400, 324 S.E. 2d 868 (1985), *rev'd,* 315 N.C. 262, 337 S.E. 2d 569 (1985), for the other reasons given in its opinion the decision of the Court of Appeals is

Affirmed.